**Order entered May 26, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00372-CV

## IN RE DOWNTOWN MCKINNEY PARTNERS, LLC, Relator

### Original Proceeding from the 471st Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 471-03474-2020

## ORDER
Before Justices Myers, Nowell, and Goldstein

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    LANA MYERS
       JUSTICE